BEFORE THE SECOND DIVISION, APRIL 4, 1962

**No. 66660.**—F. L. Kramer & Co. *v.* United States, protest 60/13785 (Norfolk).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.